## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**OSCAR DANTZLER**                   **CIVIL ACTION 24-514-JWD-RLB**

**VERSUS**

**OUR LADY OF THE LAKE HOSPITAL, INC., ET AL**       **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.**

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 62] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto by Plaintiff Oscar Dantzler ("Plaintiff"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendants, Hancock Whitney Bank and other related Defendants' ("HW Defendants") Motion to Dismiss (R. Doc. 18), the Our Lady of the Lake Hospital, Inc., and Charles L. Spicer's ("OLOL Defendants") Motion to Dismiss (Doc. No. 24), the Cashe Coudrain & Bass LLP and its attorneys' ("CCB Defendants") Motion to Dismiss (R. Doc. 27), Defendant Gary Stanga's ("Stanga") Motion to Dismiss (R. Doc. 30), the Tangipahoa Parish Sheriff's Office's ("TPSO") Motion to Dismiss (Doc. No. 34), and Defendant Peter Panepinto ("Panepinto") and Edwin Bergeron Jr.'s ("Bergeron") Motion to Dismiss (R. Doc. 58) are **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that in light of the rulings on the motions above, or for the additional reasons set forth in the Report and Recommendation of the Magistrate Judge, Plaintiff's claims against Amber Graff, Hancock Whitney Bank, Hancock Whitney Corporation, Hancock Whitney Employees

One through Five, Our Lady of the Lake Hospital, Inc., Charles L. Spicer, Jr., Franciscan Missionaries of Our Lady Health System, Cashe Coudrain & Bass LLP, Ashley Bass, Andre Coudrain, Indigo K. Diekmann, CCB employee(s) one through five, Gary Stanga, the 21st Judicial District Court, five unnamed Clerk's Office employees, the Tangipahoa Sheriff's Office, Daniel Edwards, Gerald Sticker, five unnamed TPSO employees, Peter Panepinto and the City of Hammond, five unnamed City of Hammond employees, Edwin Bergeron and the City of Hammond Police Department, and five unnamed City of Hammond Police Department employees are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Compel USDOJ / FBI (R. Doc. 10), Plaintiff's OLOL Motion for Expedited Hearing and Discovery (R. Doc. 11), Plaintiff's Motion to Sanction CCB (R. Doc. 12), Plaintiff's HW Motion for Expedited Hearing / Discovery Motion (R. Doc. 13), Plaintiff's Stanga Show Cause Motion (R. Doc. 14), Plaintiff's Motion to Amend the OLOL allegations (R. Doc. 36), Plaintiff's Motion to Amend the HW Discovery Motion (R. Doc. 37), Plaintiff's HW Motion to Amend (R. Doc. 42), Plaintiff's TPSO Investigation Motion (R. Doc. 43), and Plaintiff's Hammond Investigation Motion (R. Doc. 44) are **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the HW Defendants' Motion for Summary Judgment (R. Doc. 19), Motion to Stay the OLOL Motion to Dismiss (R. Doc. 33), Motion to Stay the HW Motion to Dismiss (R. Doc. 38), Motion to Amend Motion to Stay the OLOL Motion to Dismiss (R. Doc. 39), Motion to Stay the CCB Motion to Dismiss (R. Doc. 40), Motion to Stay the Stanga Motion to Dismiss (R. Doc. 41), Motion for Service on Daniel Edwards (R. Doc. 45), Motion to

Amend Motion to Stay the Stanga Motion to Dismiss (R. Doc. 46), Motion to Amend Motion to Stay the CCB Motion to Dismiss (R. Doc. 47), Motion to Stay the TPSO Motion to Dismiss (R. Doc. 48), Motion for Expedited Hearing to Show Cause (R. Doc. 60), and the Motion for Leave to File a Motion for Expedited Hearing to reconsider Order on Motion to Stay (R. Doc. 61) are **DISMISSED AS MOOT**.

  **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this matter is now **CLOSED** and **ALL DEFENDANTS ARE HEREBY DISMISSED.**

  **MONROE, LOUISIANA**, this the 4th day of February 2025.

              _____
              **TERRY A. DOUGHTY, JUDGE**
              **UNITED STATES DISTRICT COURT**